# SUPERIOR COURT
### OF THE
# STATE OF DELAWARE

**WILLIAM L. WITHAM, JR.**
RESIDENT JUDGE

**KENT COUNTY COURT HOUSE**
**38 THE GREEN**
**DOVER, DELAWARE 19901**

May 1, 2015

Mr. Warren Chapman, Inmate
James T. Vaughn Correctional Center
1181 Paddock Road
Smyrna, Delaware 19977

Re:     ***State v. Warren Chapman***
        **I.D. No.  9905015253**

Dear Mr. Chapman:

    This is in response to your motion for transcript and your application to proceed *in forma pauperis*.

    Your application to proceed *in forma pauperis* is **granted**.

    There is no blanket constitutional right to a free transcript in a post-conviction proceeding. *State v. Bordley*, 1989 Del. Super., LEXIS 435.  In this State, the right to a transcript in connection with post-conviction relief is governed by Superior Court Criminal Rule 61(d)(3), which states: "The judge may order the preparation of a transcript of any part of the prior proceedings in the case needed to determine whether the movant may be entitled to relief."  The defendant must offer a factual basis or clear identification of fundamental rights which were violated which demonstrates a particularized need for a transcript.  Your motion fails to meet this standard.  In addition, the issues raised are controlled by settled Delaware law.  Therefore, your motion for a transcript is **denied**.

    **IT IS SO ORDERED**.

/s/ William L. WItham, Jr.
Resident Judge

WLW/dmh
oc:     Prothonotary
xc:     Mr. Warren Chapman, JTVCC
        Department of Justice
        Public Defender's Office
        File